# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CARLOS J. HERNANDEZ, *et al.*,   )
                                                 )
                    Plaintiffs,   )   Case No. 2:09-cv-830-LDG-GWF
                                                 )
vs.   )   **ORDER**
                                                 )
PAUL D. GUGLIELMO d/b/a   )
GUGLIELMO & ASSOCIATES,   )
                                               )
                    Defendant.   )
_____ )

       This matter is before the Court on Plaintiffs' Request for Postponement of Hearing until after June 22, 2011 (#62), filed June 2, 2011.

       Defendant's Motion to Disqualify (#52) is currently scheduled for hearing on June 16, 2011.  Due to a scheduling conflict, Plaintiffs' counsel requests that the scheduled hearing be vacated and rescheduled to a date after June 22, 2011.  Having reviewed the request and good cause appearing therefore,

       **IT IS HEREBY ORDERED** that Plaintiffs' Request for Postponement of Hearing Hearing until after June 22, 2011 (#62) is **granted**.  The hearing on Defendant's Motion to Disqualify (#52) currently scheduled for Thursday, June 16, 2011 at 9:30 a.m is vacated and rescheduled for **Monday, June 27, 2011 at 9:30 a.m**, in Courtroom 3A, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

       DATED this 8th day of June, 2011.

                             _____
                             **GEORGE FOLEY, JR.**
                             **United States Magistrate Judge**