# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CARLOS J. HERNANDEZ and RYAN A. EVANS, on behalf of themselves and all others similarly situated,

          Plaintiffs,

vs.

PAUL D. GUGLIELMO, d/b/a GUGLIELMO & ASSOCIATES,

          Defendant.

Case No. 2:09-cv-00830-LDG-GWF

This matter is before the Court on Plaintiffs' Request for Postponement of June 17, 2013 Settlement Conference (#91) filed April 8, 2013. Upon consideration, and upon agreement with Defendant's counsel,

**IT IS ORDERED** that Plaintiffs' Request for Postponement of June 17, 2013 Settlement Conference (#91) is **granted**. The settlement conference currently set for June 17, 2013 is rescheduled for **Friday, June 21, 2013**.

**IT IS FURTHER ORDERED** that the settlement conference statements shall be received in my chambers - Room 3099 - not later than **June 14, 2013.**

DATED this 11th day of April, 2013.

                    GEORGE FOLEY, JR.
                    United States Magistrate Judge