UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS HERNANDEZ and RYAN A. EVANS,<br><br>    Plaintiffs,<br><br>v.<br><br>PAUL D. GUGLIELMO, dba GUGLIELMO & ASSOCIATES,<br><br>    Defendant. | 2:09-cv–0830-LDG-GWF<br><br>**ORDER** |

THE COURT HEREBY ORDERS that the joint motion for preliminary and final approval of class settlement (#106) is GRANTED.

THE COURT FURTHER ORDERS that within 30 days from the date of this order the parties file with the court a version of the joint motion for preliminary and final approval of class settlement with updated dates and references for the court's execution.

Dated this ___ day of March, 2015.

_____
Lloyd D. George
United States District Judge