UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS HERNANDEZ and RYAN A. EVANS,<br><br>            Plaintiffs,<br><br>v.<br><br>PAUL D. GUGLIELMO, dba GUGLIELMO & ASSOCIATES,<br><br>            Defendant. | 2:09-cv–0830-LDG-GWF<br><br>**ORDER** |

The court inadvertently signed the proposed Final Approval Order (#112) along with the Preliminary Approval to Class Action Settlement. Accordingly,

THE COURT HEREBY ORDERS that the Final Approval Order (#112) is VACATED.

DATED this ____ day of May, 2015.

_____
Lloyd D. George
United States District Judge