O. Randolph Bragg, *pro hac vice*
HORWITZ, HORWITZ & ASSOC.
25 East Washington Street, Suite 900
Chicago, IL 60602
(312) 372-8822
rand@horwitzlaw.com

Craig B. Friedberg, Esq., Bar #004606
Law Offices of Craig B. Friedberg, Esq.
4760 South Pecos Road, Ste 103
Las Vegas, NV 89121
(702) 435-7968  Fax: (702) 946-0887
attcbf@cox.net

ATTORNEYS FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CARLOS J. HERNANDEZ
and RYAN A. EVANS, on
behalf of themselves and
all others similarly situated,          **CASE NO.:  2:09-cv-0830 LDG GWF**

        Plaintiffs,

  v.

PAUL D. GUGLIELMO d/b/a
GUGLIELMO & ASSOCIATES,

        Defendant.
_____/

**MOTION FOR PLAINTIFFS' COUNSEL TO APPEAR**
**AT THE FINAL FAIRNESS HEARING BY TELEPHONE**

A hearing regarding the final approval of the proposed class action settlement of this matter has been scheduled for 10:00 a.m. on December 10, 2015. (Doc. No. 120)  Plaintiffs take this matter very seriously and intend to have both of Plaintiffs' attorneys appear before the Court.  Local counsel Craig B. Friedberg has made the necessary arrangements to appear in person.  Plaintiff's co-counsel O. Randolph Bragg respectfully requests that he be permitted to attend via telephone from his offices in Chicago, IL (Tel:  312-372-8822).  Appearance by telephone by Mr. Bragg at this hearing will save the time and expense of travel to Las Vegas, NV from Chicago.

   S/ O. Randolph Bragg
O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington Street, Suite 900
Chicago, IL 60602
(312) 372-8822
rand@horwitzlaw.com

Craig Friedberg, Esq.
Law Offices of Craig B. Friedberg, Esq.
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Ph: (702) 435-7968 Fax: (702) 946-0887
email: attcbf@cox.net

ATTORNEYS FOR PLAINTIFFS

## ORDER

Plaintiff's co-counsel O. Randolph Bragg shall be permitted to appear at the December 10, 2015 Final Fairness Hearing via telephone from his office in Chicago, IL (Tel: 312-372-8822).

**IT IS SO ORDERED.**

Date:  1  December 2015

_____
Lloyd D. George
U. S. District Judge