**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CARLOS J. HERNANDEZ
and RYAN A. EVANS, on
behalf of themselves and
all others similarly situated,

            Case No.:   2:09-cv-0830 LDG GWF

   Plaintiffs,

 v.

PAUL D. GUGLIELMO d/b/a
GUGLIELMO & ASSOCIATES,

   Defendant.
_____/

**ORDER GRANTING**

**UNOPPOSED MOTION FOR APPROVAL OF**

<u>**AWARD OF PLAINTIFFS' ATTORNEYS FEES AND COSTS**</u>

 Upon consideration of Plaintiffs Carlos J. Hernandez and Ryan A. Evans' Unopposed Motion for Approval of Award of Plaintiffs' Attorneys' Fees and Costs,

 IT IS HEREBY ORDERED THAT pursuant to 15 U.S.C. §1692k(a)(3) and Rule 23(h) of the Federal Rules of Civil Procedure Plaintiffs are awarded reasonable attorneys' fees and costs for the work performed in this case in the

1 ///

2 amount of $147,500.00 payable by Defendant Paul D. Guglielmo d/b/a Guglielmo
3 & Associates.

_____
U.S. District Judge Lloyd D. George
DATED:     10 December 2015

2